> Motion GRANTED. Sentencing reset for 12/3/12 at 1:30 PM.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:11-00002(31) |
| | ) | JUDGE TRAUGER |
| | ) | |
| WILLIAM JEROME BURNS | ) | |

### *UNOPPOSED* MOTION TO CONTINUE SENTENCING HEARING AND DEFENDANT'S REQUEST TO EXTEND DEADLINES REGARDING THE FILING OF PSR OBJECTIONS

William Jerome Burns, through his attorney John P. Cauley, moves this Honorable Court to enter an order continuing the sentencing hearing date ─ presently scheduled for Thursday September 27, 2012. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. Counsel for Mr. Burns is also counsel for Alto Parnell, Defendant Number 22 in *U.S. v. Porter*, 3:11-00012.
2. *U.S. v Porter* is set for trial on the September 25, 2012.
3. Recently counsel was informed, informally, that his client would likely be among the few defendants in Porter to be tried on that September 25, 2012 date.
4. The government estimates that the Porter trial will last between 3 and 4 weeks.
5. The parties in this case, U.S. v. Burns, have made progress in resolving some differences bearing upon the complexity of Mr. Burns' sentencing hearing.
6. Mr. Burns' has agreed to a stipulation with regard drug quantity and to his role within the conspiracy ─ as a result the parties no longer anticipate such a lengthy hearing.